ACCEPTED
03-13-00599-CV
4473504
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/12/2015 12:10:17 PM
JEFFREY D. KYLE
CLERK

NO. 03-13-00599-CV

_____

In The Court of Appeals
For The Third District of Texas
Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/12/2015 12:10:17 PM
JEFFREY D. KYLE
Clerk

_____

Horse Hollow Generation Tie LLC,

*Appellant,*

v.

Whitworth-Kinsey #2, Ltd.,
Whitworth-Kinsey #3, Ltd., and David Olen Whitworth,

*Appellees.*

_____

On Appeal from the 119th District Court of Concho County, Texas
The Honorable Garland B. Woodward, Presiding Judge
(Trial Cause No. DAC-09-04042)

**APPELLEE'S UNOPPOSED MOTION TO CLARIFY AND CORRECT THE
COUNSEL OF RECORD OF THE APPELLEES**

TO THE HONORABLE COURT OF APPEALS:

NOW COMES Appellee Whitworth-Kinsey #3, Ltd. and respectfully moves the Court to Clarify and Correct the Counsel of Record of the Appellees in this appeal, and in support thereof, would show the court the following:

1. Attorney Laird Palmer ("**Palmer**") represents, and remains counsel of record for Whitworth-Kinsey #2, Ltd. and David Olen Whitworth.

2. The undersigned, Matthew F. Wymer ("**Wymer**" or "**the undersigned**") represents, and remains counsel of record for Whitworth-Kinsey #3, Ltd., only.

3. On November 27, 2013 Palmer filed a Brief for Cross-Appellant Whitworth-Kinsey #2, Ltd.

4. On December 31, 2013 Renee F. McElhaney Yanta ("**Yanta**"), Wymer's former law partner, filed Brief of Appellee Whitworth-Kinsey #3, Ltd.

5. In 2014 Yanta ran for Judge of the 150th District Court in Bexar County, Texas, and won said election.

6. In December 2014, Yanta began her transition from her private law practice to the bench and shifting her caseload. As part of that transition, Yanta filed a Motion for Substitution of Counsel for Wymer as counsel for Attorney Whitworth-Kinsey #3, Ltd.

7. The Motion for Substitution of Counsel is unclear that Wymer would *only* be substituting as counsel for Whitworth-Kinsey #3, Ltd. As a result, Wymer appeared on the Court's docket as counsel of record for all Appellees.

8. The undersigned, received the Court's notice of the submission and oral argument set for April 9, 2015. Due to Wymer's trial schedule, he was unable to attend the oral argument and attempted to contact Palmer to discuss a continuance, and whether and why he (Wymer) appeared as counsel of record for all Appellees, but the then available phone numbers for Palmer were disconnected.

9. Wymer conferred with Appellant's counsel Jeffrey M. Tillotson, who agreed to a continuance.

10. On March 6, 2015 the undersigned filed Appellees' Unopposed First Motion for Continuance of Submission and Oral Argument. Because Wymer was not

able to reach Palmer, and unclear whether he had been correctly substituted as counsel for all Appellees, the undersigned filed his motion on behalf of all three Appellees.

11. Additionally, in order to comply with the Court's request for three paper copies of all briefs filed, Wymer submitted briefs filed on behalf of all three Appellees Whitworth-Kinsey #2, Ltd., David Olen Whitworth and Whitworth-Kinsey #3, Ltd. so that no party would default on the Court's request – apparently, Palmer also provided briefs for all Appellees.

12. As of the date of this Motion, the undersigned has reached and spoken to Palmer who has clarified and confirmed that he does in fact represent two of the three Appellees – Whitworth-Kinsey #2, Ltd. and David Olen Whitworth.

13. Palmer stated the following:

    a.    He represents, and remains counsel of record for Whitworth-Kinsey #2, Ltd. and David Olen Whitworth; and

    b.    He has no objection to the continuance of the oral argument.

14. The undersigned respectfully requests the Court correct its record to reflect as follows:

    a.    Attorney Laird Palmer represents and is counsel of record in this appeal for: Appellees Whitworth-Kinsey #2, Ltd., and David Olen Whitworth;

    b.    Attorney Matthew F. Wymer represents and is counsel of record in this appeal for: Appellee Whitworth-Kinsey #3, Ltd.

15. The undersigned does not seek this clarification for purposes of delay, but so that justice may be done and all parties be listed with their proper representation.

WHEREFORE PREMISES CONSIDERED, Appellee's counsel respectfully requests that the representation for the parties be corrected, and that Appellee Whitworth-Kinsey #3, Ltd. be granted all other relief to which it is justly entitled.

Respectfully submitted,

BEIRNE, MAYNARD & PARSONS, L.L.P.

/s/ Matthew F. Wymer

Matthew F. Wymer
State Bar No. 24005234
Email – mwymer@bmpllp.com
112 E. Pecan, Suite 2750
San Antonio, Texas 78205
Telephone: (210) 582-0227
Facsimile: (210) 582-0231

**COUNSEL FOR APPELLEES
WHITWORTH-KINSEY #3, LTD.**

## CERTIFICATE OF CONFERENCE

Counsel for Appellees conferred with Laird Palmer and with Attorney Christopher J. Schwegmann on March 11, 2015 and March 12, 2015, respectively, regarding the clarification of the parties as set out in detail in this Motion.

/s/ Matthew F. Wymer

Matthew F. Wymer

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing document was forwarded to all counsel listed below pursuant to the Texas Rules of Civil Procedure and Texas Rules of Appellate Procedure on the 12th day of March, 2015:

Jeffrey M. Tillotson
Email jtillotson@lynnllp.com
Christopher J. Schwegmann
Email cschwegmann@lynnllp.com
David S. Coale
Email dcoale@lynnllp.com
Lynn Tillotson Pinker & Cox, LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone No. (214) 981-3800
Telecopier No. (214) 981-3839
**Counsel for Appellant**
**Horse Hollow Generation Tie LLC**

Laird Palmer
Email lplaw@tstar.net
Law Offices of Laird Palmer
341 Ft. McKavitt
P. O. Box 860
Mason, Texas 76856
Telephone No. (325) 347-6350
Telecopier No. (325) 347-6334
**Co-Counsel for Appellees**
**Whitworth-Kinsey #2, Ltd. and**
**David Olen Whitworth**

*/s/ Matthew F. Wymer*
Matthew F. Wymer